UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CASE NO. : 6:13-bk-12506-CCJ

JOHN MCLEOD,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the ORDER GRANTING ROYAL OAK ESTATES HOMEOWNERS ASSOCIATION, INC'S RELIEF FROM STAY (D.E. 49) was served via electronic service to: Robert H. Zipperer, Esq., Laurie K. Weatherford, Trustee, and the United States Trustee on November 4, 2014 and via U.S. Mail to the parties identified on Exhibit "A" on November 4, 2014.

    Respectfully Submitted,

    CLAYTON & MCCULLOH
    Counsel for Royal Oak Estates Homeowners Association, Inc.
    1065 Maitland Ctr. Commons Blvd.
    Maitland, FL 32751
    Tel: (407) 875-2655
    Fax: (407) 875-3363
    Email: carias@clayton-mcculloh.com

    /s/ Carlos R. Arias
    Carlos R. Arias
    Florida Bar No.: 0820911

## Exhibit A

John McLeod
5118 31st Avenue South
Apt. 1
Gulfport, FL 33707