ORDERED.

**Dated:  June 01, 2015**

Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

      John McLeod,

                Debtor,

Bankruptcy Case No. 6:13-bk-12506-CCJ

Chapter: 13

## ORDER GRANTING RELIEF FROM STAY

This **CAUSE** before the Court on the Motion for Relief from Stay (Docket No. <u>59</u>) filed by Nationstar Mortgage, LLC (the "Movant") as servicer for Deutsche Bank National Trust Company Americas, as Trustee for Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO7 (the "Secured Creditor"). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days of the date of service. No party filed an objected within the time period. Therefore, the Court considers the matter to be unopposed. The Court, having considered the Motion, the records herein, and being fully advised of the premises, it is hereby:

**ORDERED**:

1.      The Motion for Relief from the Automatic Stay is **GRANTED**.

2.      The automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code is terminated with respect to real property located at 920 Lake Marion Drive, Altamonte Springs, FL 32701 (the "Collateral"), legally described as:

> **ALL OF LOT 6 AND THE EAST 20 FEET LOT 5, AND THE EAST 105.5 FEET OF THE NORTH 8.10 FEET OF LOT 7, BLOCK 38, SANLANDO THE SUBURB BEAUTIFUL, SANFORD SECTION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 3, PAGE 66, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA. ALSO BEING DESCRIBED AS: ALL OF LOT 6 AND THAT PART IF LOT 5, BLOCK 38, BEING DESCRIBED AS BEGINNING AT THE MOST EASTERLY CORNER OF SAID LOT 5, THENCE RUN NORTHWESTERLY ALONG THE SOUTHERLY RIGHT OF WAY LINE OF LAKE MARION DRIVE 20 FEET, THENCE RUN SOUTHWESTERLY AND PARALLEL TO THE DIVIDING LINE OF LOT 5 AND 6 POINT ON THE MOST SOUTHERLY CORNER OF LOT 5, THENCE RUN EASTERLY ON SAID SOUTHERLY LINE TO THE MOST SOUTHERLY CORNER OF LOT 4, THENCE RUN NORTHEASTERLY ALONG THE DIVIDING LINE OF LOTS 5 AND 6 TO THE POINT OF BEGINNING. BEGIN AT THE MOST NORTHERLY CORNER OF LOT 7, BLOCK 38, THENCE SOUTHEASTERLY ALONG THE SOUTHERLY RIGHT OF WAY LINE OF LAKE MARION DRIVE 8.10 FEET THENCE RUN SOUTHWESTERLY AND PARALLEL TO THE DIVIDING LINES OF LOTS 6 AND 7, 105.5 FEET THENCE RUNNING NORTHWESTERLY TO A POINT ON THE DIVIDING LINE OF LOTS 6 AND 7, THENCE RUN NORTHEASTERLY ALONG SAID LIINE 105.5 FEET TO THE POINT OF BEGINNING. ALL OF THE ABOVE BEING IN SANLANDO THE SUBURB BEAUTIFUL, STRAFFORD SECTION ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 3, PAGE 66 PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.**

3.      The automatic stay is modified for the sole purpose of allowing Secured Creditor to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Collateral, to gain possession of the Collateral, to have such other and further *in rem* relief as is just, but the Secured Creditor shall not obtain *in personam* relief against the Debtor.

4.      Secured Creditor is hereby awarded its attorney's fees and costs of up to **$526.00** which were incurred in filing its Motion for Relief from the Automatic Stay and said fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the remedies available therein.

5.      The request to waive the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is denied.

###

Attorney THOMAS C. CIFELLI, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

*Debtor*:
John McLeod
5118 31st Avenue South, Apt 1
Gulfport, FL 33707

*Debtor's Attorney*:
Robert H. Zipperer
224 South Beach Street, Suite 202
Daytona Beach, FL 32114

*Chapter 13 Trustee*:
Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

*United States Trustee – ORL7/13, 7*
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801